STATE OF CONNECTICUT *v.* MARC SINVIL

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 226 (AC 22239), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 20, 2005

STATE OF CONNECTICUT *v.* CATALINO MORALES

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 82 (AC 23830), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Julia K. Conlin,* assistant state's attorney, in opposition.

Decided September 20, 2005

PAULA J. FISH *v.* ANDREW J. FISH, JR.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 744 (AC 24542), is granted, limited to the following issue: